**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UNITED STATES OF AMERICA

VS.                                          4:06CR00222-01 JTR

CARLOS MUNOZ

### ORDER

The Government has filed a Motion to Dismiss (docket entry #9) the Information (docket entry #1) pending against Defendant.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss (docket entry #9) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 9th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE